FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 29 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SHALE OIL ANTITRUST LITIGATION                    MDL No. 3119

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −2)

On August 1, 2024, the Panel transferred 3 civil action(s) to the United States District Court for the District of New Mexico for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, 8 additional action(s) have been transferred to the District of New Mexico. With the consent of that court, all such actions have been assigned to the Honorable Matthew L. Garcia.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Mexico and assigned to Judge Garcia.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Mexico for the reasons stated in the order of August 1, 2024, and, with the consent of that court, assigned to the Honorable Matthew L. Garcia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Mexico. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 29, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

CERTIFIED a True Copy of the original filed in the office of the Clerk
by _____ Deputy

IN RE: SHALE OIL ANTITRUST LITIGATION                    MDL No. 3119

SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 24−05321 | Link v. Permian Resources Corp. et al |